1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HOFFMAN, and those similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>TRANSFORM SEARS HOME SERVICES, LLC,<br><br>            Defendant. | Case No. 2:24-cv-00952-DJC-JDP<br><br>**ORDER RE STIPULATED REQUEST TO STAY CASE PENDING ARBITRATION**<br><br>Complaint Filed: March 27, 2024 |

The Court, having considered the Parties' Stipulated Request to Stay Case Pending Arbitration, finding sufficient good cause shown for the requested relief, the Court hereby orders:

1. The Parties shall commence arbitration of Plaintiff's individual claims with JAMS in accordance with the terms of the arbitration agreement.
2. The Parties jointly request that this matter be stayed pending the completion of the arbitration.
3. ~~The Court sets a status conference for _____ at _____ regarding the status of arbitration. The Parties are to submit a joint report to the Court at least 14 days prior to the status conference.~~
4. The Parties shall file a joint status report within one hundred eighty days (180) days, and every ninety (90) days thereafter, or within fourteen (14) days after completion of arbitration, advising the Court on the status of arbitration.

**IT IS SO ORDERED.**

Dated: June 28, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE