UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HOFFMAN, and those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TRANSFORM SEARS HOME SERVICES, LLC,<br><br>　　　　　Defendant. | Case No. 2:24-cv-00952-DJC-JDP<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE ACTION**<br><br>Complaint Filed: March 27, 2024 |

# **ORDER**

Having read and considered the Parties' Joint Stipulation to Dismiss Action, the facts upon which the Stipulation is based, and good cause appearing, it is hereby **ORDERED:**

1. The Stipulation is approved.
2. Plaintiff's class claims are dismissed without prejudice.
3. Plaintiff's FLSA claims are dismissed without prejudice.
4. Plaintiff's individual claims are dismissed with prejudice.
5. Each party shall bear its own fees and costs.

**IT IS SO ORDERED**

Dated: June 25, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE